UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOUGLAS P. WARD,

    Plaintiff,                                                       Case No. 3:20-cv-454

vs.

PHH MORTGAGE CORPORATION d/b/a,      District Judge Michael J. Newman
PHH MORTGAGE SERVICES,

    Defendant.

_____

**ORDER AND ENTRY: (1) DISMISSING THIS CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

        The Court having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.  Within sixty (60) days, the parties may move to substitute this Order and Entry with a proposed dismissal entry agreed upon by the parties.

        Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381–82 (1994), and incorporate appropriate language in any substituted judgment entry.  The Court will retain jurisdiction to enforce the terms of the settlement if necessary.

        **IT IS SO ORDERED.**


Date:  February 4, 2021                                s/Michael J. Newman
                                                                         Michael J. Newman
                                                                         United States District Judge